**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Commitment John Palmer

Appellate case number:      01-20-00588-CV

Trial court case number:      1584989

Trial court:      183rd District Court of Harris County

Appellant, John Palmer, filed a notice of appeal for the June 30, 2020 order for an initial commitment pursuant to Texas Code of Criminal Procedure article 46B.073. On December 14, 2020, he filed a motion to supplement the clerk's record.

The order from which appellant appeals indicates he is represented by court-appointed trial counsel. Unless and until appellant's counsel withdraws from the present case, appellant's pro se motions present nothing for our review. Neither a civil nor a criminal defendant is entitled to hybrid representation. TEX. R. CIV. P. 7; *Posner v. Dallas Cty. Child Welfare Unit of Tex. Dep't of Human Servs.*, 784 S.W.2d 585, 588 (Tex. App.—Eastland 1990, writ denied); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995).

Appellant, however, is entitled to supplement the clerk's record without an order from this Court. *See* TEX. R. APP. P. 34.5(c)(1).

Accordingly, appellant's motion is **denied.**

It is so ORDERED.

Judge's signature: _____/s/ Veronica Rivas-Molloy_____
                     Acting individually

Date: January 14, 2021